|  |  |
|---|---|
| The Honorable: | JACQUELINE P COX |
| Chapter 7 | |
| Location: | Room 619 |
| Hearing Date: | 10/14/2010 |
| Hearing Time: | 09:30am |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   CORP, NADROJ (ILLINOIS)   §   Case No. 08-26798
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/14/2010 in Courtroom 619, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/09/2010   By:   /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
Shefsky & Froelich Ltd.
111East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-4000

**UST Form 101-7-NFR (9/1/2009)**

KAREN R. GOODMAN
SHEFSKY & FROELICH, LTD
111East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

Chapter 7 Trustee

The Honorable: JACQUELINE P COX
Chapter 7
Location: Room 619
Hearing Date: 10/14/2010
Hearing Time: 09:30am
Response Date: / /

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: CORP, NADROJ (ILLINOIS) § Case No. 08-26798
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,015.46 |
| *and approved disbursements of* | $ 20.33 |
| *leaving a balance on hand of* [1] | $ 19,995.13 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Dell Financial Services, LLC | $ 200.00 |
| Internal Revenue Service | $ 17,442.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 610.29 | $ 9.75 |
| *Attorney for trustee* | SHEFSKY & FROELICH LTD. | $ 475.11 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | ALAN D. LASKO | $ 1,247.89 | $ 9.55 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $257.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 4P-2 | Internal Revenue Service | $ 257.62 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 58,317.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | FedEx Customer Information Service | $ 595.27 | $ 0.00 |
| 2U | Dell Financial Services, LLC | $ 32,631.54 | $ 0.00 |
| 3 | Metaforms Architects | $ 250.00 | $ 0.00 |
| 5 | Fifth Third Bank | $ 10,332.33 | $ 0.00 |
| 6 | ADT Security Services | $ 7,693.16 | $ 0.00 |
| 7 | ADT Security Services | $ 2,995.26 | $ 0.00 |
| 8 | Recovery Management Systems Corporation | $ 2,006.27 | $ 0.00 |
| 9 | Yellow Book USA | $ 1,813.88 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 7,620.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 10 | eCAST Settlement Corp | $ 7,620.51 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/KAREN R. GOODMAN
                                 Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                  Page 1 of 2                   Date Rcvd: Sep 10, 2010
Case: 08-26798                 Form ID: pdf006              Total Noticed: 50

The following entities were noticed by first class mail on Sep 12, 2010.
db           +NADROJ Operating (Illinois) Corp,   617 Grove St,   Evanston, IL 60201-4473
aty          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
tr           +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
               Chicago, IL 60601-4277
13606488     +ADT Security Services,   14200 E Exposition Avenue,   Aurora, CO 80012-2540
12681632     +ADT Security Systems,   PO Box 371967,   Pittsburgh, PA 15250-7967
12681633     +AT&T,   PO Box 8100,   Aurora, IL 60507-8100
12681631      Accurint,   PO Box 538358,   Atlanta, GA 30353-8358
12681663      Amazon Com,   Dept 30-2100063714,   Box 9020,   Des Moines, IA 50368-9020
12681667     +Andreas Veith,   617 Grove St,   Evanston, IL 60201-4473
12681635     +Bisk Education Inc,   9417 Princess Palm Ave,   Tampa, FL 33619-8313
12681636     +Bureau of National Affairs Inc,   BNA Tax Management,   1231 25th St,   Washington, DC 20037-1106
12681641      CNA Liability Insurance,   PO Box 790094,   St Louis, MO 63179-0094
12681638     +Central Parking Systems of Illinois Inc,   821 Davis St,   Evanston, IL 60201-4401
12681666     +Charles D. Reid,   20 Bronson Ave,   Scarsdale, NY 10583-4902
12681639     +City Welding Sales & Service, Inc,   7212 N Channel Rd,   Skokie, IL 60076-4080
12681640      Citysearch, Inc,   1500 Riveredge Parkway NW 2nd Floor,   Atlanta, GA 30328-4642
12681643      Comcast Cable,   PO Box 3002,   Southeastern, PA 19398-3002
12681637      Commerce Clearing House,   PO Box 4307,   Carol Stream, IL 60197-4307
12681645     +Covad VOIP,   Dept 33258,   PO Box 39000,   San Francisco, CA 94139-0001
12681644     +Dale & Gensberg PC,   200 West Adams St, Ste 2425,   Chicago, IL 60606-5251
12681989     +Dell Business Credit,   PO Box 5275,   Carol Stream,IL 60197-5275
12681646     +Dell Commerical Credit,   Dept 5-022675147,   PO Box 689020,   Des Moines, IA 50368-9020
12681628     +Dell Financial Services,   Payment Processing Center,   4307 Collection Center Drive,
               Chicago, IL 60693-0001
12732257      Dell Financial Services, LLC,   c/o Resurgent Capital Services,   Po Box 10390,
               Greenville, SC 29603-0390
12681647      Dex,   8519 Innovation Wat,   Chicago, IL 60082-0085
12681648     +Dial A Maid,   909 Foster Ave, #e,   Evantson, IL 60201-3151
12681664     +FedEx Corp,   PO Box 232,   Memphis, TN 38101-0232
12729269     +FedEx Customer Information Service,   Attn Revenue Recovery/Bankruptcy,
               3965 Airways Blvd, Module G, 3rd fl,   Memphis, TN 38116-5017
12681630      Fifth Third Bank,   PO Box 740789,   Cinncinnati, OH 45274-0789
13534480     +Fifth Third Bank,   Attn: Bankruptcy Department/MD#RSCB3E,   1830 E Paris SE,
               Grand Rapids MI 49546-8803
12681649      Grainger,   Dept 851788349,   Palatine, IL 60038-0001
12681634      HSBC Business Solutions Best Buy,   PO Box 5229,   Carol Stream, IL 60197-5229
12681650     +Home Depot 1902,   PO Box 6029,   The Lakes, NV 88901-6029
12681629    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,   Kansas City, MO 64999)
12681651     +Lake Shore Waste,   4808 W Wilson Avenue,   Chicago, IL 60630-3826
12681652     +LeMoi Ace Hardware,   1008 Davis St,   Evanston, IL 60201-3610
12681654     +Metaforms Architects,   Mickey Propadovich, AIA,   1720 Maple Aveue, #850,
               Evantson, IL 60201-3124
12681660     +Nevins Pub LLC,   1450 Sherman Avenue,   Evanston, IL 60201-4415
12681655      Office Depot,   Dept56-8106025273,   Dept 9020,   Des Moines, IA 50368-9020
12681656     +Paypal Buyer Credit,   PO Box 960080,   Orlando, FL 32896-0080
12681657     +Quill Corporation,   PO Box 94081,   Palatine, IL 60094-4081
12681665     +Samuel E. Levinson,   35 Mayhew Avenue,   Larchmont, NY 10538-2740
12681659     +Skokie Chamber of COmmerce,   5002 W Oakton ST,   Skokie, IL 60077-2906
12681642     +Tax & Accounting R&G,   PO Box 71687,   Chicago, IL 60694-1687
12681661      Unicare Insurance,   PO Box 797,   Carol Stream, IL 60201
13627778     +Yellow Book USA,   c/o RMS Bankruptcy Recovery Services,   POB 5126,
               Timonium, Maryland 21094-5126
15197042     +eCAST Settlement Corp,   Assignee of HSBC Bank Nevada,   (Best Buy Comm),
               Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083

The following entities were noticed by electronic transmission on Sep 10, 2010.
12681653      E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2010 02:06:53     Lowes Buisness Account,
               PO Box 4554 Dept 79,   Carol Stream, IL 60197-4554
13611520     +E-mail/PDF: rmscedi@recoverycorp.com Sep 11 2010 02:06:53
               Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB BRC,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12681658     +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2010 02:06:52     Sam's Club,   PO Box 4596,
               Carol Stream, IL 60197-4596
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
               Chicago, IL 60601-4277
12681662    ##+Yellow Book USA,   PO Box 586,   Newark, NJ 07101-0586
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: wepps              Page 2 of 2            Date Rcvd: Sep 10, 2010
Case: 08-26798                 Form ID: pdf006          Total Noticed: 50

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2010**                    **Signature:**    _/s/ Joseph Speetjens_