# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: NADROJ CORP. (ILLINOIS) | § Case No. 08-26798 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00<br>*(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $9,389.03 | Claims Discharged Without Payment: $65,938.22 |
| Total Expenses of Administration: $10,626.77 | |

3) Total gross receipts of $ 20,015.80   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $20,015.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $200.00 | $200.00 | $200.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 10,626.77 | 10,626.77 | 10,626.77 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 17,700.16 | 17,700.16 | 9,189.03 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 65,938.22 | 65,938.22 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $94,465.15 | $94,465.15 | $20,015.80 |

4) This case was originally filed under Chapter 7 on October 07, 2008. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/04/2011          By: /s/KAREN R. GOODMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTEREST IN BEECHER TOOL & DIE, INC. | 1129-000 | 5,000.00 |
| 2001 TOYOTA TACOMA | 1129-000 | 10,000.00 |
| OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 15.80 |
| **TOTAL GROSS RECEIPTS** | | **$20,015.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Dell Financial Services, LLC | 4110-000 | N/A | 200.00 | 200.00 | 200.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$200.00** | **$200.00** | **$200.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,751.43 | 2,751.43 | 2,751.43 |
| KAREN R. GOODMAN | 2200-000 | N/A | 43.94 | 43.94 | 43.94 |
| SHEFSKY & FROELICH LTD. | 3110-000 | N/A | 2,142.00 | 2,142.00 | 2,142.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | | | | | |
|---|---|---|---|---|---|
| ALAN D. LASKO | 3410-000 | N/A | 5,626.02 | 5,626.02 | 5,626.02 |
| ALAN D. LASKO | 3420-000 | N/A | 43.05 | 43.05 | 43.05 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 20.33 | 20.33 | 20.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,626.77 | 10,626.77 | 10,626.77 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P-2 | Internal Revenue Service | 5800-000 | N/A | 257.62 | 257.62 | 133.74 |
| 4S-2 | Internal Revenue Service | 5800-000 | N/A | 17,442.54 | 17,442.54 | 9,055.29 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 17,700.16 | 17,700.16 | 9,189.03 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FedEx Customer Information Service | 7100-000 | N/A | 595.27 | 595.27 | 0.00 |
| 2U | Dell Financial Services, LLC | 7100-000 | N/A | 32,631.54 | 32,631.54 | 0.00 |
| 3 | Metaforms Architects | 7100-000 | N/A | 250.00 | 250.00 | 0.00 |
| 5 | Fifth Third Bank | 7100-000 | N/A | 10,332.33 | 10,332.33 | 0.00 |
| 6 | ADT Security Services | 7100-000 | N/A | 7,693.16 | 7,693.16 | 0.00 |
| 7 | ADT Security Services | 7100-000 | N/A | 2,995.26 | 2,995.26 | 0.00 |
| 8 | Recovery Management Systems Corporation | 7100-000 | N/A | 2,006.27 | 2,006.27 | 0.00 |
| 9 | Yellow Book USA | 7100-000 | N/A | 1,813.88 | 1,813.88 | 0.00 |
| 10 | eCAST Settlement Corp | 7200-000 | N/A | 7,620.51 | 7,620.51 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 65,938.22 | 65,938.22 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-26798  
Case Name: NADROJ CORP. (ILLINOIS)  
Period Ending: 01/04/11

Trustee: (520191) KAREN R. GOODMAN  
Filed (f) or Converted (c): 10/07/08 (f)  
§341(a) Meeting Date: 11/18/08  
Claims Bar Date: 03/11/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS-NATIONAL CITY BANK, EVANSTON | 500.00 | 0.00 | | 0.00 | FA |
| 2 | INTEREST IN JORDAN S. ZOOT P.C. | 100.00 | 100.00 | | 0.00 | FA |
| 3 | INTEREST IN 617 GROVE CONTROL INC. | 100.00 | 100.00 | | 0.00 | FA |
| 4 | INTEREST IN BEECHER TOOL & DIE, INC. | 6,500.00 | 6,500.00 | | 5,000.00 | FA |
| 5 | 2001 TOYOTA TACOMA | 5,500.00 | 5,500.00 | | 10,000.00 | FA |
| 6 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 5,500.00 | 5,500.00 | | 5,000.00 | FA |
| 7 | COMPUTER EQUIPMENT AND PRINTERS | 2,500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 15.80 | FA |
| 8 | Assets    Totals (Excluding unknown values) | $20,700.00 | $17,700.00 | | $20,015.80 | $0.00 |

**Major Activities Affecting Case Closing:**

File tax returns; review claims; file TFR.

Initial Projected Date Of Final Report (TFR): December 31, 2009    Current Projected Date Of Final Report (TFR): September 27, 2010 (Actual)

Printed: 01/04/2011 02:00 PM    V.12.56

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-26798 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | NADROJ CORP. (ILLINOIS) | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****47-65 - Money Market Account |
| Taxpayer ID #: | **-***9658 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 01/04/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #}/<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/09 | | Nadroj consulting Inc | Sale of assets per Court order dated 3/31/09 | | 18,800.00 | | 18,800.00 |
| | {5} | | | 10,000.00 | 1129-000 | | 18,800.00 |
| | {4} | | | 3,800.00 | 1129-000 | | 18,800.00 |
| | {6} | | | 5,000.00 | 1129-000 | | 18,800.00 |
| 04/01/09 | {4} | Jordan Zoot | Sale of assets per Court Order dated 3/31/09 | 1129-000 | 1,200.00 | | 20,000.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 20,000.76 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 20,001.54 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.87 | | 20,002.41 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,003.25 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,004.09 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,004.90 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,005.71 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,006.55 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,007.39 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 20,008.17 |
| 02/04/10 | 1001 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-26798, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided on 02/04/10 | 2300-000 | | 20.33 | 19,987.84 |
| 02/04/10 | 1001 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-26798, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided: check issued on 02/04/10 | 2300-000 | | -20.33 | 20,008.17 |
| 02/04/10 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-26798, Bond #016026455 | 2300-000 | | 20.33 | 19,987.84 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 19,988.60 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 19,989.49 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.51 | | 19,990.00 |
| 04/20/10 | | Wire out to BNYM account 9200******4765 | Wire out to BNYM account 9200******4765 | 9999-000 | -19,990.00 | | 0.00 |

| | | | | ACCOUNT TOTALS | 20.33 | 20.33 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | -19,990.00 | 0.00 | |
| | | | | Subtotal | 20,010.33 | 20.33 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $20,010.33 | $20.33 | |

{} Asset reference(s)

Printed: 01/04/2011 02:00 PM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-26798 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | NADROJ CORP. (ILLINOIS) | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******47-65 - Money Market Account |
| Taxpayer ID #: | **-***9658 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 01/04/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4765 | Wire in from JPMorgan Chase Bank, N.A. account ********4765 | 9999-000 | 19,990.00 | | 19,990.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.42 | | 19,990.42 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.19 | | 19,991.61 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.15 | | 19,992.76 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.18 | | 19,993.94 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.19 | | 19,995.13 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,995.29 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,995.45 |
| 11/05/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 19,995.47 |
| 11/05/10 | | To Account #9200******4766 | FUNDS TRANSFER TO EFFECT DISTRIBUTION PURSUANT TO ORDER DATED 11/4/2010 | 9999-000 | | 19,995.47 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,995.47 | 19,995.47 | $0.00 |
| | | | Less: Bank Transfers | | 19,990.00 | 19,995.47 | |
| | | | Subtotal | | 5.47 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5.47 | $0.00 | |

{} Asset reference(s)                                                Printed: 01/04/2011 02:00 PM    V.12.56

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-26798 | | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| Case Name: | NADROJ CORP. (ILLINOIS) | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******47-66 - Checking Account |
| Taxpayer ID #: | **-***9658 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 01/04/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/05/10 | | From Account #9200******4765 | FUNDS TRANSFER TO EFFECT DISTRIBUTION PURSUANT TO ORDER DATED 11/4/2010 | 9999-000 | 19,995.47 | | 19,995.47 |
| 11/05/10 | 101 | Dell Financial Services, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2S PURSUANT TO ORDER DATED 11/4/2010 | 4110-000 | | 200.00 | 19,795.47 |
| 11/05/10 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 11/4/2010 | 3420-000 | | 43.05 | 19,752.42 |
| 11/05/10 | 103 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 11/4/2010 | 3410-000 | | 5,626.02 | 14,126.40 |
| 11/05/10 | 104 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 11/4/2010 | 2200-000 | | 43.94 | 14,082.46 |
| 11/05/10 | 105 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 11/4/2010 | 2100-000 | | 2,751.43 | 11,331.03 |
| 11/05/10 | 106 | SHEFSKY & FROELICH LTD. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 11/4/2010 | 3110-000 | | 2,142.00 | 9,189.03 |
| 11/05/10 | 107 | Internal Revenue Service | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4P-2 PER COURT ORDER DATED 11/04/2010 | 5800-000 | | 133.74 | 9,055.29 |
| 11/05/10 | 108 | Internal Revenue Service | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4S-2 PER COURT ORDER DATED 11/04/2010 | 5800-000 | | 9,055.29 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 19,995.47 | 19,995.47 | $0.00 |
| Less: Bank Transfers | | 19,995.47 | 0.00 | |
| Subtotal | | 0.00 | 19,995.47 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $19,995.47 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****47-65 | 20,010.33 | 20.33 | 0.00 |
| MMA # 9200-******47-65 | 5.47 | 0.00 | 0.00 |
| Checking # 9200-******47-66 | 0.00 | 19,995.47 | 0.00 |
| | $20,015.80 | $20,015.80 | $0.00 |

{} Asset reference(s)

Printed: 01/04/2011 02:00 PM    V.12.56